UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD PINES,

    Plaintiff,

Case No. 10-15106

HONORABLE AVERN COHN

v.

BOARD OF REGENTS OF THE
UNIVERSITY OF MICHIGAN,

    Defendant.
_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on February 06, 2012, judgment is entered in favor of defendant and against plaintiff and the case is DISMISSED.

                DAVID WEAVER

Dated: February 6, 2012  By: s/Julie Owens
              Deputy Clerk


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, February 6, 2012, by electronic and/or ordinary mail.

                S/Julie Owens
                Case Manager, (313) 234-5160