UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD PINES,

                                                    Case No.      10-15106

                    Plaintiff,

                                                    HONORABLE AVERN COHN

v.

BOARD OF REGENTS OF THE
UNIVERSITY OF MICHIGAN,

                    Defendant.
_____/

JUDGMENT

        For the reasons stated in the Memorandum and Order entered on February 06,

2012, judgment is entered in favor of defendant and against plaintiff and the case is

DISMISSED.

                                                    DAVID WEAVER

        Dated: February 6, 2012          By: s/Julie Owens_____
                                              Deputy Clerk


I hereby certify that a copy of the foregoing document was mailed to the attorneys of
record on this date, February 6, 2012, by electronic and/or ordinary mail.


                                         S/Julie Owens_____
                                         Case Manager, (313) 234-5160